# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| PETER B. HUTTON, | ) | Cause No. CV-17-82-BU-BMM |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **EXTEND TIME TO FILE** |
| | ) | **OVERLENGTH COMBINED** |
| JERALD L. NYHART, | ) | **REPLY AND RESPONSE BRIEF** |
| | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the Defendant/Counterclaimant, Jerald L. Nyhart ("Nyhart"), by and through his counsel of record, and for good cause appearing:

IT IS HEREBY ORDERED THAT:

(1) Nyhart may file an overlength Combined Response to Cross-Motion for Summary Judgment (Doc. 66) and Reply in Support of Motion for Summary Judgment (Doc. 38), with a word limit of not more than 6,500 words, pursuant to Local Rule 7.1(d)(2)(A); and

(2) the time to file Nyhart's Combined Response and Reply Brief is extended up to and including February 15, 2019.

DATED this 28th day of January, 2019.

Brian Morris
United States District Court Judge