# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| PETER B. HUTTON, | ) | Cause No. CV-17-82-BU-BMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JERALD L. NYHART, | ) | |
| | ) | |
| Defendant. | ) | |

A telephonic scheduling conference was held on April 10, 2019. Upon agreement of the parties the following schedule shall apply:

(1) the current trial setting of May 6, 2019 is **VACATED** and is **RESET** for **Monday, June 24, 2019 at 9:00 a.m.** at the Paul Hatfield Federal Courthouse, Helena, Montana. The Final Pretrial Conference set for April 29, 2019 is **VACATED** and **RESET** for **June 13, 2019 at 1:30 p.m.** at the Paul Hatfield Federal Courthouse, Helena, Montana. Jury Instructions and Trial Briefs are due to the Court

on or before **June 13, 2019.**  The Final Pretrial Order is due to the Court on or before **May 31, 2019**.

DATED this 10th day of April, 2019.

Brian Morris
United States District Court Judge