IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER B. HUTTON, | Case No. CV-17-82-BU-BMM |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |
| JERALD L. NYHART, | |
| Defendant. | |

Based upon the parties' Stipulated Motion to Dismiss with Prejudice, and for good cause appearing:

IT IS HEREBY ORDERED THAT:

the above-entitled action shall be dismissed, with prejudice, and with each party to pay its own fees and costs.

DATED this 6th day of August, 2019.

Brian Morris
United States District Court Judge